UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH LEE SALAZAR, as Secretary of the United States Department of the Interior; UNITED STATES FISH AND WILDLIFE SERVICE; ROWAN W. GOULD, as Acting Director of the United States Fish and Wildlife Service, United States Department of the Interior; REN LOHOEFENER, as Director of the United States Fish and Wildlife Service, Pacific Southwest Region, United States Department of the Interior; UNITED STATES BUREAU OF RECLAMATION; MICHAEL L. CONNOR, as Commissioner of the United States Bureau of Reclamation, United States Department of the Interior; DONALD R. GLASER, as Director of the United States Bureau of Reclamation, Mid-Pacific Region, United States Department of the Interior,<br><br>          Defendants. | CASE NO.  1:11-cv-00952-OWW-GSA<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE REGARDING MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION.**<br><br>**DATE:**    June 15, 2011<br>**TIME:**    1:30 p.m.<br>**COURTROOM:**  3 (OWW) |

      IT IS HEREBY ORDERED that a hearing on the motions for temporary restraining order and preliminary injunction by San Luis & Delta-Mendota Water Authority ("Authority") and Westlands Water District ("District") (collectively herein "Plaintiffs") and a briefing schedule is

1  hereby set as follows: Plaintiffs' motions will be heard June 15, 2011 at 1:30 pm in Courtroom 3;
2  any opposition papers shall be filed and served on or before June 14, 2011 at 3:00 p.m.; Plaintiffs
3  may present arguments in reply at the hearing. No additional bond beyond that required for any
4  temporary restraining order shall be required, subject to further order of the Court.

DATED: June 13, 2011

>                             /s/ Oliver W. Wanger
>                             United States District Judge