BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
SYLVIA QUAST
Assistant U.S. Attorney
Eastern District of California
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone:    (916) 554-2740
Facsimile:    (916) 554-2900

IGNACIA S. MORENO
Assistant Attorney General
CHARLES R. SHOCKEY, D.C. Bar # 914879
Attorney, United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:    (916) 930-2203
Facsimile:    (916) 930-2210
Email:        charles.shockey@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br>　　　　Defendants. | CASE NO. 1:11-cv-00952-OWW-GSA<br><br>JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS' ANSWER |

　　　　WHEREAS, on June 9, 2011, the plaintiffs, San Luis & Delta Mendota Water Authority and Westlands Water District, filed a Complaint for Declaratory and Injunctive Relief;

　　　　WHEREAS, the date for the defendants, United States Department of the Interior, *et al.*, to file an answer or responsive pleading to the Complaint is August 15, 2011,

　　　　WHEREAS, counsel for the defendants will be on vacation from August 8-19, 2011, and has requested a two-week extension of time to file the answer or responsive pleading,

1  WHEREAS, the plaintiffs do not object to the requested extension of time,

2  NOW, THEREFORE, the parties hereby stipulate that the date for the defendants' answer

3  or responsive pleading may be continued from August 15, 2011, until August 29, 2011, and

4  request that the Court approve this stipulation through the attached proposed Order.

5  Respectfully submitted on August 3, 2011.

6  */s/ Daniel J. O'Hanlon*

7  DANIEL J. O'HANLON, State Bar No. 122380
   KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
8  400 Capitol Mall, 27th Floor
   Sacramento, CA 95814
9  Telephone: (916) 321-4500
   Facsimile: (916) 321-4555
10 Attorneys for Plaintiffs
   SAN LUIS & DELTA-MENDOTA WATER
11 AUTHORITY and WESTLANDS WATER DISTRICT

12 */s/ Charles R. Shockey*

13 CHARLES R. SHOCKEY, Trial Attorney
   U.S. Department of Justice
14 Environment & Natural Resources Division
   Natural Resources Section
15 501 "I" Street, Suite 9-700
   Sacramento, CA 95814-2322
16 Tel:    916-930-2203
   Fax:    916-930-2210
17 Email: charles.shockey@usdoj.gov
   Attorneys for Defendants
18 U.S. DEPARTMENT OF THE INTERIOR, *et al.*

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER FOR                    CASE NO.: 1-11-cv-00952-OWW-GSA
EXTENSION OF TIME FOR DEFENDANTS' ANSWER

2

## **ORDER**

1   This matter came before the Court on the parties' Joint Stipulation for Extension of Time
2   for Defendants' Answer.  Having considered the Joint Stipulation, and for good cause shown,
3   IT IS HEREBY ORDERED that the Joint Stipulation is APPROVED, and the defendants
4   shall file their answer or other responsive pleading by August 29, 2011.

IT IS SO ORDERED.

**Dated:   August 4, 2011**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE