BENJAMIN B. WAGNER
United States Attorney
SYLVIA QUAST
Assistant U.S. Attorney
Eastern District of California
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone:   (916) 554-2740
Facsimile:   (916) 554-2900

IGNACIA S. MORENO
Assistant Attorney General
CHARLES R. SHOCKEY, D.C. Bar # 914879
Attorney, United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2203
Facsimile:   (916) 930-2210
Email:       charles.shockey@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br> Defendants. | CASE NO. 1:11-cv-00952-LJO-GSA <br><br> JOINT STIPULATION REQUESTING PERMISSION TO LODGE ADMINISTRATIVE RECORD DOCUMENTS ON CD-ROM DISKS and ORDER <br><br> L.R. 133(b)(3); L.R. 143 |

WHEREAS, on December 19, 2012, the Honorable Gary S. Austin entered a Minute Order directing the Defendants to lodge the Administrative Record by February 8, 2013;

WHEREAS, on February 8, 2013, the Defendants, United States Department of the Interior, *et al.*, filed a Notice of Lodging of Administrative Records, along with declarations from agency officials certifying as to the accuracy of those records;

WHEREAS, the Defendants U.S. Bureau of Reclamation and U.S. Fish and Wildlife Service each prepared CD-ROM disk containing that agency's Administrative Record documents;

1  WHEREAS, due to the large number of documents and, in some cases, the large size of individual documents, filing each document individually through the Court's ECF filing system would be too difficult and cumbersome; and

WHEREAS, Local Rule 133(b) prescribes that counsel may stipulate to the filing of documents as exceptions to the ECF system, through a stipulation prepared under L.R. 143;

NOW, THEREFORE, the parties hereby stipulate that the Defendants may lodge copies of the Administrative Records on CD-ROMs, which will be lodged with the Clerk of the Court and served on Plaintiffs' counsel.  The parties request that the Court approve this stipulation and permit the Defendants to lodge the Administrative Record documents on CD-ROMs.

Respectfully submitted on February 8, 2013.

*/s/ Daniel J. O'Hanlon*

DANIEL J. O'HANLON, State Bar No. 122380
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555
Attorneys for Plaintiffs
SAN LUIS & DELTA-MENDOTA WATER
AUTHORITY and WESTLANDS WATER DISTRICT

*/s/ Charles R. Shockey*

CHARLES R. SHOCKEY, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel:     916-930-2203
Fax:    916-930-2210
Email: charles.shockey@usdoj.gov
Attorneys for Defendants
U.S. DEPARTMENT OF THE INTERIOR, *et al.*

///

///

///

///

JOINT STIPULATION RE: LODGING ADMIN RECORD DOCUMENTS ON CD-ROM DISKS     CASE NO.: 1-11-cv-00952-LJO-GSA
AND ORDER

## ORDER

Pursuant to the above stipulation, Defendants may lodge copies of the Administrative Records on CD-ROMs, which will be lodged with the Clerk of the Court and served on Plaintiffs' counsel.

IT IS SO ORDERED.

Dated:   **February 12, 2013**              **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE