**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>        Defendants. | Case No. 1:11-cv-00952-LJO-GSA<br><br>**JUDGMENT** |

Pursuant to this Court's order on the cross-motions for summary judgment (ECF No. 111), judgment is entered in favor of Plaintiffs and against Defendants on Plaintiffs' claim that by imposing pumping restrictions during excess water conditions in June 2011, Federal Defendants undertook a final agency action not in accordance with law within the meaning of 5 U.S.C. § 706(2). All other claims in the case have been terminated on other grounds.

The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

   Dated:   **March 25, 2015**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE