DANIEL J. O'HANLON, State Bar No. 122380
HANSPETER WALTER, State Bar No. 244847
REBECCA R. AKROYD, State Bar No. 267305
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

EILEEN M. DIEPENBROCK, State Bar No. 119254
JONATHAN R. MARZ, State Bar No. 221188
DIEPENBROCK ELKIN LLP
500 Capitol Mall, Suite 2200
Sacramento, CA 95814
Telephone: (916) 492-5000
Facsimile: (916) 446-2640

Attorneys for Plaintiff
SAN LUIS & DELTA-MENDOTA WATER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT,<br><br>                    Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>                    Defendants. | Case No. 1:11-cv-00952-LJO-GSA<br><br>**STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES**<br><br>Judge:   Hon. Lawrence J. O'Neill |

1258695.1  10355-037

STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES

To facilitate settlement discussions regarding Plaintiff San Luis & Delta-Mendota Water Authority's ("Authority") claim for attorneys' fees and other expenses in this case, the Authority and Defendants United States Department of Interior, Sally Jewell, Secretary of Interior, et al. ("Defendants") jointly move this Court to stay briefing on the Authority's motion for an award of attorneys' fees and other expenses for 120 days. In support of this motion, the Authority and Defendants stipulate as follows:

1. The Court entered judgment in this action on March 25, 2015. Doc. 115. Defendants filed a Notice of Appeal on May 22, 2015. Doc. 116. Defendants subsequently filed a motion for voluntary dismissal of the appeal on September 14, 2015. On September 15, 2015, the Ninth Circuit Court of Appeals issued an order granting Federal Defendants' motion to dismiss the appeal, and dictated that the order "shall serve as and for the mandate of this court." Doc. 119. The Ninth Circuit's order represents the "final order disposing of any appeal" and September 15, 2015 is therefore the date of "final judgment" in this action. *See* Doc. 119; *see also* 28 U.S.C. § 2412(d)(1)(B).

2. Concurrently with this joint motion and stipulation, the Authority has filed a motion for an award of attorneys' fees and other expenses for this litigation. Before filing the motion for award of attorneys' fees and other expenses, the Authority presented Defendants with a confidential request to settle its claim, which request includes the amount sought to date, an itemized statement of the actual time expended by attorneys, experts, and other personnel representing or appearing on behalf of the Authority, the rates at which fees and other expenses were computed, and an itemized statement of other expenses incurred in the litigation. Defendants are, thus, in receipt of the information specified by the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(B), as well as Local Rule 293, and will not be prejudiced by the Authority deferring the filing of memoranda, evidentiary and other materials supporting its motion at this time.

3. Discussions regarding the Authority's request are ongoing, and the Authority and Defendants seek additional time to attempt to settle the Authority's claims without unnecessarily burdening the Court. The Authority and Defendants agree that briefing and argument on the Authority's claim for fees and other expenses may be unnecessary in light of the parties' intent to

attempt to settle the Authority's claim.

4. Accordingly, the Authority and Defendants agree that further proceedings on the Authority's motion for an award of fees and other expenses, including the filing of further memoranda and evidentiary and other materials supporting that motion, and any opposition thereafter, should be stayed for 120 days to allow for settlement discussions.

5. At the conclusion of 120 days, the Authority and Defendants will apprise the Court of any settlement or further requested action, or jointly propose a briefing schedule to address the Authority's motion for fees and other expenses if there has been no settlement. That schedule will provide for the Authority to supplement its motion for award of attorneys' fees and other expenses with documentation of all time and expenses sought, including the additional time spent in seeking fees, opposition by Defendants, and reply by the Authority, with a hearing if the Court deems a hearing necessary.

Based on the joint stipulation set forth above, the parties respectfully request that this Court stay briefing and argument on the Authority's concurrently filed motion for an award of attorneys' fees and other expenses for 120 days from the date of the Court's order granting such stay, in the manner provided above.

Respectfully submitted this 14th day of October, 2015.

Dated: October 14, 2015

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
DIEPENBROCK ELKIN LLP

By: */s/ Daniel J. O'Hanlon*
Daniel J. O'Hanlon
Eileen M. Diepenbrock
Attorneys for Plaintiff SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

1 | Dated: October 14, 2015

BENJAMIN B. WAGNER
United States Attorney

J. EARLENE GORDON
Assistant United States Attorney

JOHN C. CRUDEN
Assistant Attorney General

By:  /s/ Devon Lehman McCune
DEVON LEHMAN McCUNE
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Attorneys for Defendants

**IT IS SO ORDERED**
**Dated: October 16, 2015**

**/s/ Lawrence J. O'Neill**
**United States District Judge**

1258695.1 10355-037

3

STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES