1  DANIEL J. O'HANLON, State Bar No. 122380
   HANSPETER WALTER, State Bar No. 244847
2  REBECCA R. AKROYD, State Bar No. 267305
   KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
3  A Professional Corporation
   400 Capitol Mall, 27th Floor
4  Sacramento, CA 95814
   Telephone:  (916) 321-4500
5  Facsimile:  (916) 321-4555

6  EILEEN M. DIEPENBROCK, State Bar No. 119254
   JONATHAN R. MARZ, State Bar No. 221188
7  DIEPENBROCK ELKIN GLEASON, LLP
   500 Capitol Mall, Suite 2200
8  Sacramento, CA 95814
   Telephone:  (916) 492-5000
9  Facsimile:  (916) 446-2640

10 Attorneys for Plaintiff
   SAN LUIS & DELTA-MENDOTA WATER
11

12

13                **UNITED STATES DISTRICT COURT**

14                **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER 17  DISTRICT, | Case No. 1:11-cv-00952-LJO-GSA |
| 18              Plaintiffs, | **SECOND STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES** |
| 19       v. | Judge:   Hon. Lawrence J. O'Neill |
| 20  UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| 21              Defendants. | |
| 22 | |

23

24

25

26

27

28

1428565.1  10355-037

1  To facilitate settlement discussions regarding Plaintiff San Luis & Delta-Mendota Water Authority's ("Authority") claim for attorneys' fees and other expenses in this case, the Authority and Defendants United States Department of Interior, Sally Jewell, Secretary of Interior, et al. ("Defendants") stipulated to stay briefing and argument on the Authority's motion for an award of attorneys' fees and other expenses for 120 days from the date of the Court's October 16, 2015 order granting the requested stay. Doc. 127. The Authority and Defendants now jointly request that this Court extend the stay an additional 60 days, to the date of April 14, 2016. In support of this request, the Authority and Defendants stipulate as follows:

1. The Authority has filed a motion for an award of attorneys' fees and other expenses for this litigation. Discussions regarding the Authority's pending motion are ongoing, and the Authority and Defendants seek additional time to attempt to settle the Authority's claims without unnecessarily burdening the Court. The Authority and Defendants agree that briefing and argument on the Authority's claim for fees and other expenses may be unnecessary in light of the parties' intent to attempt to settle the Authority's claim.

2. On October 16, 2015, the Court approved the parties' stipulation regarding the motion for attorneys' fees and other expenses, under which the parties agreed to stay briefing and argument on the Authority's motion for attorneys' fees for 120 days from the date of the Court's order granting the requested stay. Doc. 127. The stipulated stay period is scheduled to expire on February 13, 2016.

3. To allow for further settlement discussions, the Authority and Defendants agree that further proceedings on the Authority's motion for an award of fees and other expenses, including the filing of further memoranda and evidentiary and other materials supporting that motion, and any opposition thereafter, should be stayed for an additional 60 days, to the date of April 14, 2016.

4. At the conclusion of the stipulated stay period, the Authority and Defendants will apprise the Court of any settlement or further requested action, or jointly propose a briefing schedule to address the Authority's motion for fees and other expenses if there has been no settlement. That schedule will provide for the Authority to supplement its motion for award of attorneys' fees and other expenses with documentation of all time and expenses sought, including the additional time spent in seeking fees, opposition by the Defendants, and reply by the Authority, with a hearing if the Court

1  deems a hearing necessary.

2  Based on the joint stipulation set forth above, the parties respectfully request that this Court
3  extend the stay of briefing and argument on the Authority's motion for attorneys' fees and other
4  expenses for an additional 60 days, to the date of April 14, 2016, in the manner provided above.

5  Respectfully submitted this 11th day of February, 2016.

6

7  Dated:  February 11, 2016                KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                            DIEPENBROCK ELKIN GLEASON, LLP
8
9                                           By:  */s/ Daniel J. O'Hanlon*
                                                 Daniel J. O'Hanlon
10                                               Eileen M. Diepenbrock
                                                 Attorneys for Plaintiff SAN LUIS & DELTA-
11                                               MENDOTA WATER AUTHORITY

12  Dated:  February 11, 2016                BENJAMIN B. WAGNER
                                             United States Attorney
13
14                                           J. EARLENE GORDON
                                             Assistant United States Attorney
15
16                                           JOHN C. CRUDEN
                                             Assistant Attorney General
17

18
                                             By:  */s/ Devon Lehman McCune*
19                                                DEVON LEHMAN McCUNE
                                                  Senior Attorney
20                                                U.S. Department of Justice
                                                  Environment & Natural Resources Division
21                                                Attorneys for Defendants

22
23  IT IS SO ORDERED.

24    Dated:  **February 17, 2016**            **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
25

26

27

28

1428565.1  10355-037