1  DANIEL J. O'HANLON, State Bar No. 122380
   HANSPETER WALTER, State Bar No. 244847
2  REBECCA R. AKROYD, State Bar No. 267305
   KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
3  A Professional Corporation
   400 Capitol Mall, 27th Floor
4  Sacramento, CA 95814
   Telephone:  (916) 321-4500
5  Facsimile:  (916) 321-4555

6  EILEEN M. DIEPENBROCK, State Bar No. 119254
   JONATHAN R. MARZ, State Bar No. 221188
7  DIEPENBROCK ELKIN GLEASON, LLP
   500 Capitol Mall, Suite 2200
8  Sacramento, CA 95814
   Telephone:  (916) 492-5000
9  Facsimile:  (916) 446-2640

10 Attorneys for Plaintiff
   SAN LUIS & DELTA-MENDOTA WATER
11

12

13 **UNITED STATES DISTRICT COURT**

14 **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16 SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER 17 DISTRICT,<br>18           Plaintiffs,<br>19      v.<br>20 UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br>21<br>22           Defendants. | Case No. 1:11-cv-00952-LJO-GSA<br><br>**THIRD STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES**<br><br>Judge:   Hon. Lawrence J. O'Neill |

23

24

25

26

27

28

1445376.1 10355-037

THIRD STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES

To facilitate settlement discussions regarding Plaintiff San Luis & Delta-Mendota Water Authority's ("Authority") claim for attorneys' fees and other expenses in this case, the Authority and Defendants United States Department of Interior, Sally Jewell, Secretary of Interior, et al. ("Defendants") previously stipulated to, and the Court has ordered, a stay on briefing and argument of the Authority's motion for attorneys' fees and other expenses.  Doc. 127, Doc. 129.  These parties have reached a recommended agreement in principle to settle the Authority's fees claim, subject to review within the Department of Justice and the Department of the Interior.  To allow for additional time for the review of the proposed settlement, the Authority and Defendants jointly request that this Court extend the stay an additional 60 days, to the date of July 13, 2016.

In support of this request, the Authority and Defendants stipulate as follows:

1. On October 15, 2015, the Authority filed a motion for an award of attorneys' fees and other expenses for this litigation.  Doc. 120.

2. On October 16, 2015, the Court approved the parties' stipulation to stay briefing and argument on the Authority's motion for attorneys' fees for 120 days, until February 13, 2016, to allow for settlement discussions.  Doc. 127.

3. On February 17, 2016, the Court approved the parties' stipulation to stay briefing and argument on the Authority's motion for attorneys' fees for an additional 60 days, until April 14, 2016, to allow for further settlement discussions.  Doc. 129.

4. The Authority and Defendants have reached a recommended agreement in principle to settle the Authority's claim for fees and expenses.  Before any settlement can be concluded however, the proposed settlement terms must be reviewed and approved within the Department of Justice and the Department of Interior.  If the recommended agreement is eventually adopted, the Authority and Defendants agree that further briefing and argument on the Authority's claim for fees and other expenses, and a decision by the Court, will be unnecessary.  A stay will therefore conserve the parties' and the Court's resources.

Based on the joint stipulation set forth above, the parties respectfully request that this Court extend the stay of briefing and argument on the Authority's motion for attorneys' fees and other expenses for an additional 60 days, to the date of July 13, 2016, in the manner provided above.

1     Respectfully submitted this 11th day of April, 2016.

3   Dated:  April 11, 2016                    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                              DIEPENBROCK ELKIN GLEASON, LLP

6                                             By:  */s/ Daniel J. O'Hanlon*
                                                   Daniel J. O'Hanlon
                                                   Eileen M. Diepenbrock
                                                   Attorneys for Plaintiff SAN LUIS & DELTA-
                                                   MENDOTA WATER AUTHORITY

10  Dated:  April 11, 2016                    BENJAMIN B. WAGNER
                                              United States Attorney

                                              J. EARLENE GORDON
                                              Assistant United States Attorney

                                              JOHN C. CRUDEN
                                              Assistant Attorney General

16                                            By:  */s/ Devon Lehman McCune*
                                                   DEVON LEHMAN McCUNE
                                                   Senior Attorney
                                                   U.S. Department of Justice
                                                   Environment & Natural Resources Division
                                                   Attorneys for Defendants

                                                   ORDER

    The above stipulation is approved.

IT IS SO ORDERED.

    Dated:  **April 12, 2016**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE