PHILLIP A. TALBERT
Acting United States Attorney
Eastern District of California

J. EARLENE GORDON
Assistant U.S. Attorney
Eastern District of California
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2991
Facsimile:  (916) 554-2900

JOHN C. CRUDEN
Assistant Attorney General

DEVON LEHMAN MCCUNE
Senior Attorney
United States Department of Justice
Environment & Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
Tel: (303) 844-1487; Fax: (303) 844-1350
Email: Devon.McCune@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | Case No. 1:11-cv-00952-LJO-GSA <br><br> **FOURTH STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES** <br><br> Judge:  Hon. Lawrence J. O'Neill |

To facilitate settlement discussions regarding Plaintiff San Luis & Delta-Mendota Water Authority's ("Authority") claim for attorneys' fees and other expenses in this case, the Authority and Defendants United States Department of Interior, Sally Jewell, Secretary of Interior, et al. ("Defendants") previously stipulated to, and the Court has ordered, a stay on briefing and argument of the Authority's motion for attorneys' fees and other expenses.  Doc. 127, Doc. 129, Doc. 131.  These parties have reached a recommended agreement in principle to settle the Authority's fees claim, subject to review within the Department of Justice and the Department of the Interior.  To allow for additional time for the review of the proposed settlement, the Authority and Defendants jointly request that this Court extend the stay to the date of August 26, 2016.

In support of this request, the Authority and Defendants stipulate as follows:

1. On October 15, 2015, the Authority filed a motion for an award of attorneys' fees and other expenses for this litigation.  Doc. 120.

2. On October 16, 2015, the Court approved the parties' stipulation to stay briefing and argument on the Authority's motion for attorneys' fees for 120 days, until February 13, 2016, to allow for settlement discussions.  Doc. 127.

3. On February 17, 2016, the Court approved the parties' stipulation to stay briefing and argument on the Authority's motion for attorneys' fees for an additional 60 days, until April 14, 2016, to allow for further settlement discussions.  Doc. 129.

4. On April 12, 2016, the Court approved the parties' stipulation to stay briefing and argument on the Authority's motion for attorneys' fees until July 13, 2016.  Doc. 131.

5. The Authority and Defendants have reached a recommended agreement in principle to settle the Authority's claim for fees and expenses.  Before any settlement can be concluded however, the proposed settlement terms must be reviewed and approved within the Department of Justice and the Department of Interior.  If the recommended agreement is eventually adopted, the Authority and Defendants agree that further briefing and argument on the

Authority's claim for fees and other expenses, and a decision by the Court, will be unnecessary. A stay will therefore conserve the parties' and the Court's resources.

6. The parties anticipate that this will be the last extension of time required and that the extension will allow sufficient time to implement the settlement.

Based on the joint stipulation set forth above, the parties respectfully request that this Court extend the stay of briefing and argument on the Authority's motion for attorneys' fees and other expenses until August 26, 2016, in the manner provided above.

Respectfully submitted this 8th day of July, 2016.

Dated: July 8, 2016

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
DIEPENBROCK ELKIN GLEASON, LLP

By: */s/ Daniel J. O'Hanlon* per authorization given on 7/8/2016
Daniel J. O'Hanlon
Eileen M. Diepenbrock
Attorneys for Plaintiff SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

//
//
//
//
//
//
//
//
//
//

FOURTH STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES
11-cv-00952                                    2

Dated: July 8, 2016

BENJAMIN B. WAGNER
United States Attorney

J. EARLENE GORDON
Assistant United States Attorney

JOHN C. CRUDEN
Assistant Attorney General

By:  *Devon Lehman McCune*
DEVON LEHMAN McCUNE
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Attorneys for Defendants

IT IS SO ORDERED.

Dated:  **July 13, 2016**                     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

FOURTH STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES
11-CV-00952                                           3